PINO ALTO PARTNERS, Individually and on Behalf of all Others Similarly Situated, Respondent, v ERIE COUNTY WATER AUTHORITY, Appellant.

Submitted December 28, 2009; decided February 11, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.